ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| NES Pacific Limited Liability Co. | ) ASBCA No. 63710-EAJA |
| | ) |
| Under Contract No. FA5270-17-D-0012 | ) |
| Task Order No. FA52700-17-F-0098 | ) |

APPEARANCE FOR THE APPELLANT:     David A. Rose
     Rose Consulting Law Firm
     Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
     Air Force Deputy Chief Trial Attorney
     Le'Dara Y. Clark, Esq.
     Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: June 16, 2026

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63710-EAJA, Appeal of NES Pacific Limited Liability Co., rendered in conformance with the Board's Charter.

Dated: June 16, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals